IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIA HARRINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 13-5499 |

ORDER

J. WILLIAM DITTER, JR., J.

AND NOW, this 3rd day of June, 2014, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter shall be remanded for consideration of the Plaintiff's diagnosis of Reflex Sympathetic Dystrophy/Complex Regional Pain Syndrome, and medical review of the evidence concerning her mental impairment.

BY THE COURT:

J. WILLIAM DITTER, JR., J.

Copy to: J. Hart